# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CHAMBERS OF
**LOIS H. GOODMAN**
UNITED STATES MAGISTRATE JUDGE

CLARKSON S. FISHER U.S. COURTHOUSE
402 EAST STATE STREET
ROOM 7050
TRENTON, NJ 08608
609-989-2114

November 12, 2019

## **LETTER ORDER**

Re:     **BAILEY v. MILLENNIUM GROUP OF DELAWARE**
        **Civil Action No. 18-1188 (FLW) (LHG)**

Dear Counsel and *Pro Se* Plaintiff:

    Plaintiff submitted a Motion for Leave to File a First Amended Complaint on November 5, 2019. [Docket Entry No. 38]. The motion was not necessary, however. The September 27, 2019 Order [Docket No. 35] granted Plaintiff 30 days to file an amended complaint, and the October 25, 2019 Order [Docket No. 36] extended Plaintiff's time to do so to November 6, 2019. Because Judge Wolfson already granted Plaintiff leave to file an amended complaint, Plaintiff's Motion for Leave to File a First Amended Complaint is moot. Plaintiff is hereby directed to file his First Amended Complaint with the Clerk's Office by no later than November 20, 2019.

    **IT IS SO ORDERED.**

**LOIS H. GOODMAN**
**United States Magistrate Judge**